

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00172-CR

Servando **CERVANTES, JR.**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CR010311
Honorable Ron Rangel, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE MEZA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED October 1, 2025.

_____
Velia J. Meza, Justice